UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

GROW SCENE PRODUCTIONS, LLC,   No. 2:10-cv-02573-MCE-KJN

    Plaintiff,

  v.   ORDER

HAZE CONSULTING, INC., et al.,

    Defendants.

----oo0oo----

The Court is in receipt of the parties' most recent "Joint Case Management Conference Statement," which was filed in response to the Court's August 24, 2011, Minute Order pointing out the deficiencies in "Plaintiff's Supplemental Case Management Conference Statement." Despite the Court's specific reference in that Minute Order to its September 22, 2010, Order Requiring Joint Status Report (ECF No. 6), the parties' current Joint Case Management Conference Statement is still deficient because, among other reasons, it fails to provide proposed dispositive motion deadlines and proposed trial-related dates.

///

1

1  Accordingly, not later than ten (10) days after the date this
2  Order is electronically filed, counsel and any pro se parties are
3  hereby directed to file an amended Joint Status Report ("JSR")
4  that complies with all requirements delineated in the above Order
5  Requiring Joint Status Report.  A failure to file a proper JSR
6  will result in the imposition of sanctions.
7       IT IS SO ORDERED.
8   Dated: October 3, 2011

                                    _____
                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE