1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Ph. (510) 548-7300; Fax: (510) 540-4821
4  *Attorney for Plaintiff Grow Scene Productions, LLC*

5  ROBERT F. SINCLAIR (SBN 79193)
   JOHN M. SINCLAIR (SBN 146322)
6  SINCLAIR WILSON
7  2390 Professional Drive
   Roseville, CA 95661
8  Ph. (916) 783-5281; Fax: (916) 783-5232
   *Attorney for Defendant Sareli Marketing, Inc.*
9

10 GEORGE W.M. MULL, SBN 133481
   1415 L Street, Suite 1000
11 Sacramento, CA 95814
   Ph. (916) 456-0100
12 *Attorney for Defendants Haze Consulting, Inc., Samuel Trujillo,*
   *Robert Pyne and Marlo Jordon*
13

14 TROY GOINGS
   5801 Revelstok Drive
15 Sacramento, CA 95842
   Ph. (916) 541-6914
16 *Defendant, In Pro Per*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROW SCENE PRODUCTIONS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>HAZE CONSULTING, INC., a California Corporation, TROY W. GOINGS, an individual dba GET ME GOINGS PRODUCTIONS, SAMUEL TRUJILLO, an individual, ROBERT PYNE, an individual, SARELI MARKETING, INC., a California Corporation and MARLO JORDON, an individual.<br><br>Defendants. | CASE No. 10-CV-02573-KJN<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT SARELI MARKETING, INC. AND [PROPOSED] ORDER** |

1

STIPULATION OF DISMISSAL
CASE NO.: CASE No. 10-CV-02573-KJN

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel or otherwise appearing "In Pro Per" that the above-captioned action be and hereby is dismissed with prejudice solely as to Defendant SARELI MARKETING, INC., a California Corporation pursuant to FRCP 41(a)(1).

DATED: February 22, 2012         LAW OFFICE OF ALAN KORN

By:   /Alan Korn/
      Alan Korn
      Attorneys for Plaintiff
      GROW SCENE PRODUCTIONS, LLC

DATED: February 22, 2012         SINCLAIR WILSON

By:   /John M. Sinclair/(as authorized on January 20, 2012)
      John M. Sinclair
      Attorneys for Defendant
      SARELI MARKETING, INC.

DATED: February 22, 2012

By:   /George Mull/ (as authorized on January 23, 2012)
      George Mull
      Attorneys for Defendants
      HAZE CONSULTING, INC., SAMULE TRUJILLO,
      ROBERT PYNE and MARLO JORDON

DATED: February 22, 2012

By:   /Troy Goings/ (original signature retained by attorney Alan Korn)
      Troy Goings
      Defendant, in Pro Per

**[PROPOSED ORDER]**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant Sareli Marketing, Inc. is dismissed from the above action *with prejudice*.

**Date: 2/27/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE