ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300; Fax: (510) 540-4821
*Attorney for Plaintiff Grow Scene Productions, LLC*

ROBERT F. SINCLAIR (SBN 79193)
JOHN M. SINCLAIR (SBN 146322)
SINCLAIR WILSON
2390 Professional Drive
Roseville, CA 95661
Ph. (916) 783-5281; Fax: (916) 783-5232
*Attorney for Defendant Sareli Marketing, Inc.*

GEORGE W.M. MULL, SBN 133481
1415 L Street, Suite 1000
Sacramento, CA 95814
Ph. (916) 456-0100
*Attorney for Defendants Haze Consulting, Inc., Samuel Trujillo, Robert Pyne and Marlo Jordon*

TROY GOINGS
5801 Revelstok Drive
Sacramento, CA 95842
Ph. (916) 541-6914
*Defendant, In Pro Per*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GROW SCENE PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>HAZE CONSULTING, INC., a California Corporation, TROY W. GOINGS, an individual dba GET ME GOINGS PRODUCTIONS, SAMUEL TRUJILLO, an individual, ROBERT PYNE, an individual, SARELI MARKETING, INC., a California Corporation and MARLO JORDON, an individual.<br><br>Defendants. | CASE No. 10-CV-02573-KJN<br><br>**STIPULATION OF DISMISSAL AS TO DEFENDANT SARELI MARKETING, INC. AND [PROPOSED] ORDER** |

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel or otherwise appearing "In Pro Per" that the above-captioned action be and hereby is dismissed with prejudice solely as to Defendant SARELI MARKETING, INC., a California Corporation pursuant to FRCP 41(a)(1).

DATED: February 22, 2012                LAW OFFICE OF ALAN KORN

                                        By:     /Alan Korn/
                                                Alan Korn
                                                Attorneys for Plaintiff
                                                GROW SCENE PRODUCTIONS, LLC

DATED: February 22, 2012                SINCLAIR WILSON

                                        By:     /John M. Sinclair/(as authorized on January 20, 2012)
                                                John M. Sinclair
                                                Attorneys for Defendant
                                                SARELI MARKETING, INC.

DATED: February 22, 2012

                                        By:     /George Mull/ (as authorized on January 23, 2012)
                                                George Mull
                                                Attorneys for Defendants
                                                HAZE CONSULTING, INC., SAMULE TRUJILLO,
                                                ROBERT PYNE and MARLO JORDON

DATED: February 22, 2012

                                        By:     /Troy Goings/ (original signature retained by attorney
                                                Alan Korn)
                                                Troy Goings
                                                Defendant, in Pro Per

STIPULATION OF DISMISSAL
CASE NO.: CASE No. 10-CV-02573-KJN

|   |   |
|---|---|
| 1 | **[PROPOSED ORDER]** |
| 2 | Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that Defendant Sareli |
| 3 | Marketing, Inc. is dismissed from the above action *with prejudice*. |
| 4 | **Date:  2/27/2012** |

*(signature)*

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE