1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Ph. (510) 548-7300; Fax: (510) 540-4821
4  *Attorney for Plaintiff Grow Scene Productions, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GROW SCENE PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>HAZE CONSULTING, INC., a California Corporation, TROY W. GOINGS, an individual dba GET ME GOINGS PRODUCTIONS, SAMUEL TRUJILLO, an individual, ROBERT PYNE, an individual, SARELI MARKETING, INC., a California Corporation and MARLO JORDON, an individual.<br><br>Defendants. | CASE No. 10-CV-02573-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Rule 143 of the Civil Local Rules of the United States District Court, Eastern District of California, Plaintiff Grow Scene Productions, LLC ("Plaintiff") on the one hand, and Defendants Haze Consulting, Inc., Troy W. Goings, Samuel Trujillo, Robert Pyne and Marlo Jordon ("Defendants") on the other hand, hereby stipulate as follows:

WHEREAS, Plaintiff and Defendants are engaged in negotiating a written settlement agreement incorporating the terms and conditions that were verbally entered into the record at the July 25, 2012 Settlement Conference in the above matter; and

WHEREAS the Court issued a Minute Order dated July 26, 2012 requiring the parties to file dispositional documents by no later than August 31, 2012; and

WHEREAS, Plaintiff and Defendants agree that additional time is required for the parties

1
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No. 10-CV-02573-KJN

1 | to negotiate and finalize their settlement agreement; and

2 |     WHEREAS, Plaintiff and Defendants agree that the extension of time to file dispositional
3 | documents will not alter the date of any other event or deadline already fixed by the Court;

4 |     NOW THEREFORE, Plaintiff and Defendants, by and through their respective
5 | undersigned counsel or representing themselves *in pro per*, hereby stipulate as follows:

6 |     1.0    The time for the parties to file dispositional documents shall be extended to and
7 | including September 28, 2012.

8 |     SO STIPULATED.

9 | DATED: August 29, 2012        LAW OFFICE OF ALAN KORN

11 |         By:    /Alan Korn/
                Alan Korn
12 |                 Attorneys for Plaintiff
                GROW SCENE PRODUCTIONS, LLC

14 | DATED: August 29, 2012        GEORGE W.M. MULL

16 |         By:    /George Mull/ (as authorized on August 28, 2012)
                George Mull
17 |                 Attorneys for Defendants
                HAZE CONSULTING, INC., SAMULE TRUJILLO,
18 |                 ROBERT PYNE and MARLO JORDON

20 | DATED: August 29, 2012        TROY GOINGS

22 |         By:    /Troy Goings (as authorized on August 30, 2012)
                Troy Goings
                Defendant, in Pro Per

2

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No. 10-CV-02573-KJN

## [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that dispositional documents in the above matter shall be filed by no later than September 28, 2012.

**Date:  9/5/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE