1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Ph.  (510) 548-7300; Fax: (510) 540-4821
4  *Attorney for Plaintiff Grow Scene Productions, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GROW SCENE PRODUCTIONS, LLC, a California Limited Liability Company ) ) | CASE No.  10-CV-02573-KJN |
| ) Plaintiff, ) ) | **STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |
| v. ) ) | |
| HAZE CONSULTING, INC., a California Corporation, TROY W. GOINGS, an individual dba GET ME GOINGS PRODUCTIONS, SAMUEL TRUJILLO, an individual, ROBERT PYNE, an individual, SARELI MARKETING, INC., a California Corporation and MARLO JORDON, an individual. ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

Pursuant to Rule 143 of the Civil Local Rules of the United States District Court, Eastern District of California, Plaintiff Grow Scene Productions, LLC ("Plaintiff") on the one hand, and Defendants Haze Consulting, Inc., Troy W. Goings, Samuel Trujillo, Robert Pyne and Marlo Jordon ("Defendants") on the other hand, hereby stipulate as follows:

WHEREAS, Plaintiff and Defendants are engaged in negotiating a written settlement agreement incorporating the terms and conditions that were verbally entered into the record at the July 25, 2012 Settlement Conference in the above matter; and

WHEREAS the Court issued a Minute Order dated July 26, 2012 requiring the parties to file dispositional documents by no later than August 31, 2012; and

WHEREAS this Court on September 5, 2012 previously granted the parties Stipulation and

[Proposed] Order requiring dispositive documents to be filed by no later than September 28, 2012; and

WHEREAS, Plaintiff and Defendants agree that additional time is needed for the parties to negotiate and finalize their settlement agreement; and

WHEREAS, Plaintiff and Defendants agree that the extension of time to file dispositional documents will not alter the date of any other event or deadline already fixed by the Court;

NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned counsel or representing themselves *in pro per*, hereby stipulate as follows:

1.0   The time for the parties to file dispositional documents shall be extended to and including October 31, 2012.

SO STIPULATED.

DATED: September 24, 2012          LAW OFFICE OF ALAN KORN

                                   By:   /Alan Korn/
                                         Alan Korn
                                         Attorneys for Plaintiff
                                         GROW SCENE PRODUCTIONS, LLC

DATED: September 27, 2012          GEORGE W.M. MULL

                                   By:   /George Mull/ (as authorized on September 27, 2012)
                                         George Mull
                                         Attorneys for Defendants
                                         HAZE CONSULTING, INC., SAMULE TRUJILLO, ROBERT PYNE and MARLO JORDON

DATED: September 24, 2012          TROY GOINGS

                                   By:   /Troy Goings (as authorized on September 24, 2012)
                                         Troy Goings
                                         Defendant, in Pro Per

2
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No. 10-CV-02573-KJN

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that dispositional documents in the above matter shall be filed by no later than October 31, 2012.

Dated: October 1, 2012          ___/s/ Kendall J. Newman_____
                                Hon. Kendall J. Newman
                                Magistrate Judge of the United States
                                  District Court
                                Eastern District of California

---

3
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No. 10-CV-02573-KJN