```
ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph.  (510) 548-7300; Fax: (510) 540-4821
```
*Attorney for Plaintiff Grow Scene Productions, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GROW SCENE PRODUCTIONS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>HAZE CONSULTING, INC., a California Corporation, TROY W. GOINGS, an individual dba GET ME GOINGS PRODUCTIONS, SAMUEL TRUJILLO, an individual, ROBERT PYNE, an individual, SARELI MARKETING, INC., a California Corporation and MARLO JORDON, an individual.<br><br>Defendants. | CASE No.  10-CV-02573-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Rule 143 of the Civil Local Rules of the United States District Court, Eastern District of California, Plaintiff Grow Scene Productions, LLC ("Plaintiff") on the one hand, and Defendants Haze Consulting, Inc., Troy W. Goings, Samuel Trujillo, Robert Pyne and Marlo Jordon ("Defendants") on the other hand, hereby stipulate as follows:

WHEREAS, Plaintiff forwarded a proposed written settlement agreement (the "Settlement Agreement") to Defendants on August 3, 2012 based on the terms and conditions that were verbally entered into the record at the July 25, 2012 Settlement Conference in the above matter; and

WHEREAS Plaintiff has received no response concerning the proposed Settlement Agreement from Defendants Haze Consulting, Inc. Samuel Trujillo, Robert Pyne and Marlo

1

Jordon despite repeated email requests; and

WHEREAS Plaintiff's counsel was recently advised by Defendant Goings that he is "fine" with, and intends to sign and return, a copy of the proposed Settlement Agreement; and

WHEREAS the Court issued a Minute Order dated July 26, 2012 requiring the parties to file dispositional documents by no later than August 31, 2012; and

WHEREAS this Court on September 5, 2012 previously granted the parties Stipulation and [Proposed] Order requiring dispositive documents to be filed by no later than September 28, 2012; and on October 1, 2012 again granted the parties Stipulation and [Proposed] Order requiring dispositive documents to be filed by no later than October 31, 2012; and;

WHEREAS, it is evident that the parties require additional time to negotiate and finalize their settlement agreement; and

WHEREAS, Plaintiff and Defendants agree that the extension of time to file dispositional documents will not alter the date of any other event or deadline already fixed by the Court;

NOW THEREFORE, Plaintiff and Defendants, by and through their respective undersigned counsel or representing themselves *in pro per*, hereby stipulate as follows:

1.0   The time for the parties to file dispositional documents shall be extended to and including November 30, 2012.

SO STIPULATED.

DATED: October 29, 2012            LAW OFFICE OF ALAN KORN

By:   /Alan Korn/
      Alan Korn
      Attorneys for Plaintiff
      GROW SCENE PRODUCTIONS, LLC

///

///

///

2
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No.  10-CV-02573-KJN

| | | |
|---|---|---|
| DATED: October 29, 2012 | | GEORGE W.M. MULL |
| | By: | /George Mull/ (as authorized October 29, 2012) |
| | | George Mull |
| | | Attorneys for Defendants |
| | | HAZE CONSULTING, INC., SAMULE TRUJILLO, ROBERT PYNE and MARLO JORDON |
| DATED: October 29, 2012 | | TROY GOINGS |
| | By: | /Troy Goings (as authorized on October 29, 2012) |
| | | Troy Goings |
| | | Defendant, in Pro Per |

3

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No. 10-CV-02573-KJN

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that dispositional documents in the above matter shall be filed by no later than November 30, 2012.

Following issuance of this order, the undersigned will have extended the parties' deadline to file dispositional documents three separate times. (Dkt. Nos. 71, 73.) While the undersigned grants the foregoing Stipulation, the undersigned hereby informs the parties that absent extraordinary circumstances he will be disinclined to grant additional similar stipulations in the future. Should the parties request yet another extension, the undersigned may issue an order requiring the delaying party (or parties) to show cause why they should not be sanctioned for acting in bad faith and/or delaying the closure of this case after having agreed to settle the matter during the settlement conference in July of 2012.

**Date:  11/1/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**PROOF OF SERVICE**

I, Alan Korn, declare as follows:

I am employed by the Law Office of Alan Korn in Alameda County, California. I am over the age of eighteen (18) years; my business and employment address is 1840 Woolsey Street, Berkeley, California 94703.

On October 30, 2012, I served a true copy of the following:

**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**

on the parties listed below in this action by causing them to be mailed via U.S. Mail, postage prepaid, to the addressees at the following address:

>   Troy W. Goings
>   5801 Revelstock Drive
>   Sacramento, CA  95842

In addition, as this case is subject to the United States District Court for the Eastern District of California ECF program, upon the filing of the above-entitled document(s) an automatically generated email message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party

>   George W.M. Mull, Esq.
>   1415 L Street, Suite 100
>   Sacramento, CA  95814

I declare under penalty of perjury of the law of the State of California that the foregoing is true and correct. Executed on October 30, 2012, at Berkeley, California.

/Alan Korn/