1  ALAN KORN, SBN 167933
   LAW OFFICE OF ALAN KORN
2  1840 Woolsey Street
   Berkeley, California 94703
3  Ph.  (510) 548-7300; Fax: (510) 540-4821
4  *Attorney for Plaintiff Grow Scene Productions, LLC*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GROW SCENE PRODUCTIONS, LLC, a California Limited Liability Company,<br><br>           Plaintiff,<br><br>     v.<br><br>HAZE CONSULTING, INC., a California Corporation, TROY W. GOINGS, an individual dba GET ME GOINGS PRODUCTIONS, SAMUEL TRUJILLO, an individual, ROBERT PYNE, an individual, SARELI MARKETING, INC., a California Corporation and MARLO JORDON, an individual.<br><br>           Defendants. | CASE No.  10-CV-02573-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

Pursuant to Rule 143 of the Civil Local Rules of the United States District Court, Eastern District of California, Plaintiff Grow Scene Productions, LLC ("Plaintiff") on the one hand, and Defendants Haze Consulting, Inc., Troy W. Goings, Samuel Trujillo, Robert Pyne and Marlo Jordon ("Defendants") on the other hand, hereby stipulate as follows:

WHEREAS, Plaintiff forwarded a proposed written settlement agreement (the "Settlement Agreement") to Defendants on August 3, 2012 based on the terms and conditions that were verbally entered into the record at the July 25, 2012 Settlement Conference in the above matter; and

WHEREAS Plaintiff's counsel received a signed copy of the Settlement Agreement from Defendants Haze Consulting, Inc. Samuel Trujillo, Robert Pyne and Marlo Jordon on November

---

1

STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No.  10-CV-02573-KJN

1  30, 2012, and is in the process of obtaining Plaintiff's signature ; and

2      WHEREAS Plaintiff's counsel was advised by Defendant Goings on November 30, 2012
3  that a copy of the signed Settlement Agreement was signed and mailed on that date; and

4      WHEREAS the Court issued a Minute Order dated July 26, 2012 requiring the parties to
5  file dispositional documents by no later than August 31, 2012; and

6      WHEREAS this Court on September 5, 2012 previously granted the parties first Stipulation
7  and [Proposed] Order requiring dispositive documents to be filed by no later than September 28,
8  2012; on October 1, 2012 again granted the parties second Stipulation and [Proposed] Order
9  requiring dispositive documents to be filed by no later than October 31, 2012; and on November 1,
10 2012 again granted the parties' third Stipulation and [Proposed] Order requiring dispositive
11 documents to be filed by no later than November 30, 2012; and

12     WHEREAS, it is evident that the parties require additional time to finalize their settlement
13 agreement and prepare dismissals; and

14     WHEREAS, Plaintiff and Defendants agree that the extension of time to file dispositional
15 documents will not alter the date of any other event or deadline already fixed by the Court;

16     NOW THEREFORE, Plaintiff and Defendants, by and through their respective
17 undersigned counsel or representing themselves *in pro per*, hereby stipulate as follows:

18     1.0  The time for the parties to file dispositional documents shall be extended to and
19 including December 31, 2012.

20     SO STIPULATED.

21 DATED: November 28, 2012     LAW OFFICE OF ALAN KORN

22

23     By:   /Alan Korn/
        Alan Korn
24         Attorneys for Plaintiff
        GROW SCENE PRODUCTIONS, LLC
25

26 ///

27 ///

28
                              2
STIPULATION AND [PROPOSED] ORDER RE: EXTENSION OF TIME TO FILE
DISPOSITIONAL DOCUMENTS
CASE NO.: CASE No. 10-CV-02573-KJN

DATED: November 28, 2012                    GEORGE W.M. MULL

                                    By:     /George Mull/ (as authorized November 28, 2012)
                                             George Mull
                                             Attorneys for Defendants
                                             HAZE CONSULTING, INC., SAMULE TRUJILLO,
                                             ROBERT PYNE and MARLO JORDON

# [PROPOSED] ORDER

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that dispositional documents in the above matter shall be filed by ***no later than*** December 31, 2012.

Further, as this is the ***fourth*** extension of time the undersigned has granted in connection with the dispositional documents in this case, no further extensions will be granted absent extraordinary circumstances.  (<u>See e.g.</u>, Order issued Nov. 11, 2012, Dkt. No. 75 at 4.)  ***Accordingly, if the dispositional documents are not filed by December 31, 2012, the delaying parties will be ordered to appear in person before the undersigned and sanctions will issue.***

**Date:  12/12/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE