ALAN KORN, SBN 167933
LAW OFFICE OF ALAN KORN
1840 Woolsey Street
Berkeley, California 94703
Ph. (510) 548-7300; Fax: (510) 540-4821
*Attorney for Plaintiff Grow Scene Productions, LLC*

GEORGE W.M. MULL, SBN 133481
1415 L Street, Suite 1000
Sacramento, CA 95814
Ph. (916) 456-0100
*Attorney for Defendants Haze Consulting, Inc., Samuel Trujillo, Robert Pyne and Marlo Jordon*

TROY GOINGS
5801 Revelstok Drive
Sacramento, CA 95842
Ph. (916) 541-6914
*Defendant, In Pro Per*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GROW SCENE PRODUCTIONS, LLC, a California Limited Liability Company<br><br>Plaintiff,<br><br>v.<br><br>HAZE CONSULTING, INC., a California Corporation, TROY W. GOINGS, an individual dba GET ME GOINGS PRODUCTIONS, SAMUEL TRUJILLO, an individual, ROBERT PYNE, an individual, SARELI MARKETING, INC., a California Corporation and MARLO JORDON, an individual.<br><br>Defendants. | **CASE No. 10-CV-02573-KJN**<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE AND ORDER THEREON**<br><br>Judge: Hon. Kendall J. Newman |

COME NOW Plaintiff and Counter-Claim Defendant Grow Scene Productions, LLC ("Plaintiff") and Defendants Haze Consulting, Inc., Troy W. Goings, Samuel Trujillo, Robert Pyne and Marlo Jordon (collectively "Defendants"), who hereby stipulate and agree to dismiss the entire action pursuant to Fed. R. Civ. P. 41 as follows:

1  WHEREAS Plaintiff and Defendants previously entered into a settlement agreement concerning this litigation that was verbally entered into the record at the July 25, 2012 Settlement Conference in the above matter; and

WHERAS Plaintiff and Defendants have now formalized their settlement of this litigation in a written Settlement Agreement signed by each of the parties which incorporates the terms and conditions previously agreed to at the Settlement Conference;

NOW THEREFORE, Plaintiff and Defendants hereby jointly move the Court pursuant to Fed. R. Civ.P. 41(a)(1)(A)(ii) to dismiss this entire action *with prejudice* with respect to all claims and causes of action by Grow Scene Productions, LLC against Haze Consulting, Inc., Troy W. Goings, Samuel Trujillo, Robert Pyne and Marlo Jordon.  Further, Haze Consulting, Inc., Troy W. Goings, Samuel Trujillo, Robert Pyne and Marlo Jordon stipulate to dismissal *with prejudice* of all claims and causes of action against Grow Scene Productions, LLC.  Each party is to bear their own attorneys' fees, costs and expenses.

DATED: December 14, 2012            LAW OFFICE OF ALAN KORN

                                         By:    /Alan Korn/
                                                    Alan Korn
                                                    Attorneys for Plaintiff
                                                    GROW SCENE PRODUCTIONS, LLC

DATED: December 14, 2012

                                         By:    /George Mull/ (as authorized on December 14, 2012)
                                                   George Mull
                                                   Attorneys for Defendants
                                                   HAZE CONSULTING, INC., SAMULE TRUJILLO,
                                                   ROBERT PYNE and MARLO JORDON

DATED: December 14, 2012

                    By:    /Troy Goings/ (as authorized on December 14, 2012)
                              Troy Goings
                              Defendant, in Pro Per

///

///

///

///

3

STIPULATION OF DISMISSAL
CASE NO.: CASE No.  10-CV-02573-KJN

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED that the entire action be, and the same is HEREBY ORDERED dismissed *with prejudice* pursuant to Fed. R. Civ. P. 41 as set forth herein, each party to bear its own attorneys' fees, costs and expenses.

The Clerk of the Court is directed to close this case and vacate all future dates.[1]

IT IS SO ORDERED

**Date: 12/19/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] This matter proceeds before the undersigned as a result of the parties' voluntary consent to the jurisdiction of the undersigned for all purposes in this case, including trial and entry of final judgment, and an order dated November 22, 2011 (Dkt. No. 57). See 28 U.S.C. § 636(c)(1); Fed. R. Civ. P. 73; E. Dist. Local Rules 301, 305.